UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RONALD SPADDY, and
SHERNETTE MONTGOMERY,
    Plaintiffs,

v.                                                    Civil Action No. 1:15-cv-11809-IT

MASSACHUSETTS APPEALS COURT;
PHILLIP RAPOZA, in his individual
capacity; SCOTT KAFKER, CHIEF JUSTICE
of the MASSACHUSETTS APPEALS COURT,
in his official capacity; and PAULA M. CAREY,
CHIEF JUSTICE of the TRIAL COURT,
in her official capacity,
    Defendants.

## ORDER ON LOCAL RULE 26.1(c)

TALWANI, D.J.

    Absent further order on good cause shown, each side may serve up to a total of 25 interrogatories and 2 sets of requests for production of documents. Interrogatories may be directed to more than one party or to just one party, for a total of 25 interrogatories per side. For example, Defendants may serve 10 interrogatories to be answered by both Plaintiffs, 7 additional interrogatories to be answered by Ronald Spaddy only, and 8 additional interrogatories to be answered by Shernette Montgomery only. Interrogatories shall be answered separately by each responding party.

SO ORDERED.                                    /s/Indira Talwani
                                                             **United States Judge**

Dated: September 29, 2016