# United States Court of Appeals
## For the First Circuit

No. 19-2093

RONALD SPADDY; SHERNETTE MONTGOMERY,

Plaintiffs - Appellants,

v.

MASSACHUSETTS APPEALS COURT; PHILLIP RAPOZA, in his individual capacity; PAULA M. CAREY, Chief Justice of the Trial Court, in her official capacity; MARK GREEN, Chief Justice of the Massachusetts Appeals Court,

Defendants - Appellees.

Before

Lynch, Kayatta and Barron,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: January 7, 2021

     Plaintiff-Appellants, court officers at the Massachusetts Appeals Court who alleged that they were subject to discriminatory hiring practices, appeal from the district court's order granting Defendant-Appellees' motion for summary judgment. Defendant-Appellees have moved for summary disposition, arguing that dismissal is warranted due to Plaintiff-Appellants' violations of the Federal Rules of Appellate Procedure and that, in any event, the district court's grant of summary judgment was correct. Plaintiff-Appellants have filed a pro se opening brief but have not filed a response to the motion for summary disposition, and the time for doing so has passed.

     Having carefully reviewed the filings of the parties and relevant portions of the record, we conclude that affirmance is in order. Plaintiff-Appellants' submitted brief and appendix do substantially fail to conform to relevant rules of appellate procedure to a degree that, per past precedent, might warrant outright dismissal. <u>See</u> <u>Reyes-Garcia</u> v. <u>Rodriguez & Del Valle, Inc.</u>, 82 F.3d 11, 15 (1st Cir. 1996) ("[A] party's persistent noncompliance with appellate rules, in and of itself, constitutes sufficient cause to dismiss its appeal."). In any event, in light of the pro se status of Plaintiff-Appellants, we have considered the minimal arguments alluded to in the opening brief. Any arguments not sufficiently developed in the opening brief have been waived. <u>See</u> <u>United</u>

States v. Zannino, 895 F.2d 1, 17 (1st Cir. 1990) ("[I]ssues adverted to in a perfunctory manner, unaccompanied by some effort a developed argumentation, are deemed waived.").

      Having considered Plaintiff-Appellants' arguments, we are not convinced that the district court erred in discerning no triable issue as to whether the legitimate basis for the challenged hiring decision proffered by the defendants was pretextual in nature. See Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986) (summary judgment standard of review); McDonnell Douglas Corp. v. Green, 411 U.S. 792 (1973) (framework for establishing discrimination); Pina v. Children's Place, 704 F.3d 785, 795-96 (1st Cir. 2014) (standard of review and general principles for discrimination and retaliation claims). We **GRANT** the motion for summary disposition and **AFFIRM** the judgment of the district court. See Local Rule 27.0(c).

                                                   By the Court:

                                                   Maria R. Hamilton, Clerk

cc:
Ronald Spaddy
Shernette Montgomery
Daniel G. Cromack
Liza Jean Tran
Jeffrey Thomas Collins